# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hale, Harlin D. | Bankruptcy Court - NDTX | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1100 Commerce Street - #1254
Dallas, Texas 75242-1496

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | George W. & Jean H. Pugh Institute |
| 2. | Visiting Judicial Faculty | Southern Methodist University Dedman School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Southern Methodist University Dedman School of Law (teaching) | $22,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Dallas Independent School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas State Bar Bankruptcy Section | 02/20 - 02/21/2016 | Austin, TX | Judge Moot Court Competition | Transportation, food, lodging |
| 2. | Center for American and International Law | 02/24 - 02/26/2016 | New Orleans, LA | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 3. | American College of Bankruptcy | 04/01 - 04/02/2016 | Austin, TX | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 4. | Texas State Bar Bankruptcy Section | 06/23 - 06/24/2016 | Austin, TX | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 5. | University of Texas at Austin CLE Program | 07/13 - 07/15/2016 | Galveston, TX | Speaker at Bankruptcy Conference | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/12/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Texas State Bar Bankruptcy Section | 09/08 - 09/09/2016 | Austin, TX | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 7. | Louisiana State University | 10/06 - 10/07/2016 | Baton Rouge, LA | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 8. | Texas State Bar Bankruptcy Section | 10/21/2016 | McAllen, TX | Speaker at Bankruptcy Conference | Transportation, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cross Keys Bank | A | Interest | J | T | | | | | |
| 2. BSJ Bancshares, Inc. Stock | D | Dividend | L | T | | | | | |
| 3. Blue Cross FCU account | A | Interest | K | T | | | | | |
| 4. Belt West Ltd. Partnership | | None | J | U | | | | | |
| 5. Edward Jones IRA (H) | | | | | | | | | |
| 6. - Home & Hearth Ltd. P'Ship | | None | J | W | | | | | |
| 7. - Miller Co. Ltd. P'Ship | | None | J | W | | | | | |
| 8. - CAPITAL INCOME BUILDER FUND A | A | Int./Div. | J | T | | | | | |
| 9. - FUNDAMENTAL INVESTORS FUND A | A | Int./Div. | K | T | | | | | |
| 10. - GROWTH FUND OF AMERICA CL A | A | Int./Div. | J | T | | | | | |
| 11. - INCOME FUND OF AMERICA FUND A | A | Int./Div. | K | T | | | | | |
| 12. - NEW ECONOMY FUND CL A | A | Int./Div. | J | T | | | | | |
| 13. - NEW PERSPECTIVE FUND CL A | A | Int./Div. | J | T | | | | | |
| 14. - WASHINGTON MUTUAL INVS FD CL A | A | Int./Div. | J | T | | | | | |
| 15. Bank of America | A | Interest | J | T | | | | | |
| 16. Wells Fargo | A | Interest | L | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EQUITABLE IRA (H) | | | | | | | | | |
| 19. - EQ/Core Bond Index | B | Int./Div. | L | T | | | | | |
| 20. - EQ/Marsico Focus | A | Int./Div. | K | T | | | | | |
| 21. - EQ/BlackRock Intl Val | A | Int./Div. | K | T | | | | | |
| 22. - EQ/PIMCO Real Return | A | Int./Div. | K | T | | | | | |
| 23. - EQ/Van Kampen Comstock | A | Int./Div. | K | T | | | | | |
| 24. - EQ/Evergreen Intl Bond | A | Int./Div. | K | T | | | | | |
| 25. - EQ/Davis NY Venture | A | Int./Div. | K | T | | | | | |
| 26. - EQ/Franklin Income | A | Int./Div. | K | T | | | | | |
| 27. EDWARD JONES Brokerage Account (H) | | | | | | | | | |
| 28. - Edward Jones Cap World Growth & Income Fund CLA | A | Dividend | K | T | | | | | |
| 29. - Edward Jones Tax Exempt Bond Fund Amer CLA | B | Dividend | K | T | | | | | |
| 30. - Exxon Mobil | C | Dividend | L | T | | | | | |
| 31. Texas Federal Credit Union | A | Interest | J | T | | | | | |
| 32. Investment Property - Carrollton, TX | B | Interest | M | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment property listed on line 32 of part VII is a condominium in Carrollton, Texas that _____ purchased for $116,000 on April 1, 2015. _____ brother owes ___ for the portion of the purchase price that ___ paid, and he paid ___ interest on this obligation in 2016. The interest was reported on our federal income tax return as income.

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harlin D. Hale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544